# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-031-176**

Effective Date of Registration:
March 29, 2017

## Title

Title of Work: Boyka Undisputed 4

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: March 28, 2017
Nation of 1st Publication: United States

## Author

- Author: UN4 Productions, Inc.
  Author Created: entire film
  Work made for hire: Yes
  Domiciled in: United States
  Anonymous: No
  Pseudonymous: No

## Copyright Claimant

Copyright Claimant: UN4 Productions, Inc.
318 N Carson St, # 208, Carson City,, NV, 89701

## Certification

Name: Rick Eyler
Date: March 28, 2017

Copyright Office notes: Regarding special handling request: Regarding special handling request: Claim upgraded for special handling per request received on May 4, 2017, due to copyright infringement lawsuits. Registration decision and certificate issued on May 11, 2017.

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 73.246.31.48 | 53950 | 2017-04-13 02:07:38 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Winnetka | Cook |
| 2 | 73.210.91.169 | 58618 | 2017-04-13 02:38:10 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Lisle | DuPage |
| 3 | 73.247.11.162 | 6881 | 2017-04-13 02:50:53 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Melrose Park | Cook |
| 4 | 24.12.97.25 | 6881 | 2017-04-13 03:03:33 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 73.50.127.199 | 50321 | 2017-04-13 03:14:33 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 6 | 73.110.38.59 | 17350 | 2017-04-13 03:19:07 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 24.15.172.23 | 40928 | 2017-04-13 03:30:27 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Woodridge | DuPage |
| 8 | 98.213.35.171 | 6881 | 2017-04-13 03:50:44 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Palatine | Cook |
| 9 | 24.1.0.161 | 50321 | 2017-04-13 04:14:26 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Zion | Lake |
| 10 | 73.110.34.247 | 24974 | 2017-04-13 04:31:47 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 73.110.68.163 | 50321 | 2017-04-13 04:38:15 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Maywood | Cook |
| 12 | 71.239.213.163 | 53989 | 2017-04-13 05:07:44 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 98.222.240.211 | 50321 | 2017-04-13 05:32:24 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Aurora | DuPage |
| 14 | 67.184.138.105 | 36465 | 2017-04-13 12:50:40 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Aurora | DuPage |
| 15 | 50.129.163.133 | 50321 | 2017-04-13 13:17:15 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 50.129.104.125 | 36149 | 2017-04-13 13:18:27 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Romeoville | Will |
| 17 | 98.213.111.97 | 53016 | 2017-04-13 13:49:38 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Barrington | Lake |
| 18 | 50.129.158.192 | 6881 | 2017-04-13 14:12:38 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 19 | 73.211.63.19 | 49651 | 2017-04-13 14:32:55 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Midlothian | Cook |
| 20 | 107.0.181.254 | 8781 | 2017-04-13 16:16:12 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Melrose Park | Will |
| 21 | 73.74.27.176 | 6882 | 2017-04-13 16:22:15 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 22 | 71.201.90.195 | 33925 | 2017-04-13 17:35:24 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Elgin | Kane |
| 23 | 73.110.38.206 | 36054 | 2017-04-13 21:49:40 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Chicago | Cook |
| 24 | 24.1.201.35 | 50321 | 2017-04-13 22:39:21 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Buffalo Grove | Lake |
| 25 | 98.253.111.104 | 50321 | 2017-04-13 23:00:42 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Riverside | Cook |
| 26 | 98.228.172.192 | 53763 | 2017-04-13 23:13:47 | Boyka.Undisputed.2016.720p.WEBRip.AAC.[2CH].H.265.[HEVC]-GunGravE.mkv | SHA1: 4022CCDB1F3FEE706B8D349FA93842E717784701 | Comcast Cable | Illinois | Rockford | Kane |